UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SALUSCARE, INC.,

    Plaintiff,

v.                                      Case No.:  2:21-cv-250-SPC-NPM

AMAZON WEB SERVICES, INC
and JOHN DOE,

    Defendants.
_____/

## ORDER

Before the Court is a sua sponte review of the case. The Court stayed this case while the parties resolve their data breach obligations. It also ordered the parties to file a Case Management Report by February 18. Neither did. So the parties must file a status report and any necessary motion.

Accordingly, it is now **ORDERED:**

The parties must **FILE** a status report on the progress of the case, and (if necessary) move to extend the stay, **on or before February 25, 2022**.

**DONE** and **ORDERED** in Fort Myers, Florida on February 22, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record