UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SALUSCARE, INC.,

        Plaintiff,

v.                        Case No. 2:21-cv-00250-SPC-NPM

AMAZON WEB SERVICES, INC.
and JOHN DOE,

        Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff SalusCare, Inc. and Defendant Amazon Web Services, Inc. hereby dismiss this action with prejudice.

Dated: April 15, 2022     Respectfully submitted,

| J. TOM SMOOT, III, P.A. | TOTH FUNES PA |
|---|---|
| s/James Thomas Smoot, III | s/Brian W. Toth |
| James Thomas Smoot, III | Brian W. Toth |
| Florida Bar No. 886874 | Florida Bar No. 57708 |
| tom@tsmoot.com | btoth@tothfunes.com |
| 2248 First Street | Freddy Funes |
| Post Office Box 1293 | Florida Bar No. 87932 |
| Fort Myers, Florida 33902 | ffunes@tothfunes.com |
| Telephone: (239) 337-7037 | Ingraham Building |
|  | 25 Southeast Second Avenue |
| *Counsel for SalusCare, Inc.* | Suite 805 |
|  | Miami, Florida 33131 |
|  | Telephone: (305) 717-7852 |
|  |  |
|  | *Counsel for Amazon Web Services, Inc.* |